# DISTRICT COURT OF THE VIRGIN ISLANDS

## DIVISION OF ST. CROIX

CHRISTOPHER VITALIS,

        Plaintiff,

  v.

CROWLEY CARIBBEAN SERVICES, LLC, CROWLEY MARITIME CORPORATION, MARINE TRANSPORT MANAGEMENT, INC., CROWLEY MARINE SERVICES, INC., CROWLEY CARIBBEAN LOGISTICS, LLC, CROWLEY PUERTO RICO SERVICES, INC., CROWLEY CARIBBEAN TRANSPORT, INC., and JORGE COLON MORALES,

        Defendants.
_____

1:20-cv-00020

TO:    Ryan W. Greene, Esq.
          Kenneth R. Alvis, Esq.
          Carol G. Hurst, Esq.
          James W. McCready, III, Esq.

## ORDER

THIS MATTER is before the Court upon Defendants' Motion for Continuance or, in the Alternative, for Permission to Attend Scheduling Conference via Telephone or Virtual Platform (ECF No. 85), Plaintiff's Opposition to Defendants' Motion for Continuance (ECF No. 87), and Defendants' Reply to Opposition to Motion for Continuance or, in the Alternative, for Permission to Attend Scheduling Conference via Telephone or Virtual Platform (ECF No. 88).

*Vitalis v. Crowley Caribbean Services, LLC*
1:20-cv-00020
Order
Page 2

Having reviewed the motion and upon due consideration thereof and in light of parties' representation that they request a continuance of the Scheduling Conference set for December 1, 2020, the Court will continue the Scheduling Conference to a new date and time.

WHEREFORE, it is now hereby **ORDERED**:

1. Defendants' Motion for Continuance or, in the Alternative, for Permission to Attend Scheduling Conference via Telephone or Virtual Platform (ECF No. 85) is **GRANTED IN PART AND DENIED IN PART**.

2. The Scheduling Conference in the above-captioned matter, set for December 1, 2020, at 10:00 a.m., is **CONTINUED** to **January 8, 2020**, at **10:00 a.m.**, in **STX Courtroom 3**. **All counsel** shall appear **in person** for the Scheduling Conference and be familiar with the case.

3. The parties shall file with the Court an updated Joint Discovery Plan **on or before December 21, 2020**.

ENTER:

Dated: November 24, 2020

/s/ George W. Cannon, Jr.
GEORGE W. CANNON, JR.
U.S. MAGISTRATE JUDGE